Ryan Lee (SBN: 235879)
Law Offices of Ryan Lee, PLLC
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Phone: (323) 524-9500 ext. 1
Fax: (323) 524-9502
ryan@ryanleepllc.com

Daniel G. Shay, Esq. (SBN 250548)
Law Office of Daniel G. Shay
409 Camino Del Rio South, Ste. 101B
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
danielshay@tcpafdcpa.com

Jesse S. Johnson (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: (561) 826-5477
Fax: (561) 961-5684
jjohnson@gdrlawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Godinez, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> Law Offices of Clark Garen, and The Best Service Co., Inc. <br><br> Defendants. <br> _____ | Case No. 8:16-cv-00828-CJC-DFM <br><br> PLAINTIFF'S NOTICE AND MOTION FOR EXTENSION OF CLASS CERTIFICATION DEADLINE <br><br> MOTION HEARING: Sept. 12, 2016 <br><br> THE HON. CORMAC J. CARNEY |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, Ricardo Godinez, through his undersigned counsel, moves this Court for an extension of time within which to file his anticipated motion for class certification. This motion is made following the

conference of counsel pursuant to L.R. 7-3, which took place on August 3, 2016. As Plaintiff lacks the necessary discovery to fully support his class certification application, he respectfully requests an extension of the filing deadline until 45 days after the deadline for Defendants' discovery responses. The bases for Plaintiff's motion are more fully developed in the memorandum of points and authorities that follows.

Dated: August 5, 2016                    Respectfully submitted,

                                         */s/ Jesse S. Johnson*
                                         Jesse S. Johnson (*pro hac vice*)
                                         Greenwald Davidson Radbil PLLC
                                         5550 Glades Rd, Suite 500
                                         Boca Raton, FL 33431
                                         Phone: (561) 826-5477
                                         Fax: (561) 961-5684
                                         jjohnson@gdrlawfirm.com

                                         Ryan Lee (SBN: 235879)
                                         Law Offices of Ryan Lee, PLLC
                                         400 Continental Blvd., 6th Floor
                                         El Segundo, CA 90245
                                         Phone: (323) 524-9500 ext. 1
                                         Fax: (323) 524-9502
                                         ryan@ryanleepllc.com

                                         Daniel G. Shay, Esq. (SBN 250548)
                                         Law Office of Daniel G. Shay
                                         409 Camino Del Rio South, Ste. 101B
                                         San Diego, CA 92108
                                         Phone: 619-222-7429
                                         Fax: 866-431-3292
                                         danielshay@tcpafdcpa.com

Ryan Lee (SBN: 235879)
Law Offices of Ryan Lee, PLLC
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Phone: (323) 524-9500 ext. 1
Fax: (323) 524-9502
ryan@ryanleepllc.com

Daniel G. Shay, Esq. (SBN 250548)
Law Office of Daniel G. Shay
409 Camino Del Rio South, Ste. 101B
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
danielshay@tcpafdcpa.com

Jesse S. Johnson (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: (561) 826-5477
Fax: (561) 961-5684
jjohnson@gdrlawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Godinez, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Law Offices of Clark Garen, and The Best Service Co., Inc.<br><br>Defendants. | Case No. 8:16-cv-00828-CJC-DFM<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR EXETNSION OF CLASS CERTIFICATION DEADLINE<br><br>MOTION HEARING: Sept. 12, 2016<br><br>THE HON. CORMAC J. CARNEY |

On May 3, 2016, Ricardo Godinez ("Plaintiff") filed his class action complaint under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, against the Law Offices of Clark Garen ("Garen") and The Best Service Co., Inc. ("Best Service") (together, "Defendants"). ECF No. 1. Best Service was

served with Plaintiff's complaint on May 9, 2016, ECF No. 20, and Garen was served on May 13, 2016. ECF No. 19.

Local Rule 23-3 requires that Plaintiff file his class certification motion "[w]ithin 90 days after service of [his] pleading purporting to commence a class action . . . ." C.D. Cal. L.R. 23-2.  Thus, in accord with this Court's Local Rules, Plaintiff must submit his class certification motion as early as August 8, 2016 or as late as August 11, 2016, depending on whether the Local Rule is triggered by service on Best Service or service on Garen. However, Plaintiff hereby seeks an extension of either deadline in light of ongoing discovery between the parties.

That is, Plaintiff served his First Set of Interrogatories and First Requests for Production of Documents on Defendants on July 14, 2016, and Defendants' responses to those discovery requests are not due until August 18, 2016—about a week *after* either deadline for Plaintiff's certification motion. This case is a class action seeking relief for alleged violations of the FDCPA by Defendants against Plaintiff and putative classes of individuals similarly situated. While Plaintiff possesses much of the information he needs to move for class certification, to satisfy the numerosity requirement under Rule 23(a)(1), Plaintiff requires discovery to determine the exact number of consumers to whom Defendant sent materially similar debt collection communications alleged to have violated the FDCPA. Such

discovery also will support the commonality, typicality, and adequacy requirements under Rules 23(a)(2)-(4) of the Federal Rules of Civil Procedure.

Plaintiff requested this information in connection with the discovery he served on Defendants, and to which answers and responses are not due until August 18, 2016. As of the filing of this motion, Defendants have yet to respond to Plaintiff's written discovery. Preventing Plaintiff from obtaining this information will prejudice his ability to prepare a fully supported motion for class certification within the time allotted by this Court's Local Rules.

Rule 6(b)(1) of the Federal Rules of Civil Procedure provides:

> When an act may or must be done within a specified time, the court, may, for good cause, extend the time:
>
> (a) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>
> (b) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

Pretrial discovery is important in the context of class certification because "the federal rules do not . . . require or encourage premature certification determinations." *Weiss v. Regal Collections*, 385 F.3d 337, 347 (3d Cir. 2004). Allowing time for discovery supporting certification motions is necessary for sound judicial administration. *See Torres v. Nutrisystem, Inc.*, 289 F.R.D. 587, 591 (C.D. Cal. 2013) (Carney, J.) ("[I]t may be necessary for the court to probe behind the pleadings

before coming to rest on the certification question, and that certification is proper only if the trial court is satisfied, after a rigorous analysis, that the prerequisites of Rule 23(a) have been satisfied.") (quoting *Comcast Corp. v. Behrend*, 133 S. Ct. 1426, 1431 (2013)); *see also* 7B Wright and Miller, Fed. Practice and Procedure § 1785, at 107 ("The [certification] determination usually should be predicated on more information than the complaint itself affords.").

Once Plaintiff has obtained the necessary certification-related discovery from Defendants—which information remains exclusively in Defendants' custody and control at this time—he will submit his certification application to this Court as soon as practicable. To that end, Plaintiff respectfully requests that this Court enter an order granting Plaintiff 45 days from the date on which Defendants serve their responses to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents, to move for class certification. This proposed schedule provides for time for the parties to meet and confer regarding Defendants' initial responses, and for Defendants to supplement their responses if necessary.

Plaintiff's counsel conferred with Defendants' counsel regarding this request. The undersigned sent emails to Defendants' counsel on July 26, July 28, and again on August 2. Counsel also placed at least one telephone call to Defendants' counsel during the interim. Defendants' counsel finally responded on August 3 to state that Defendants oppose Plaintiff's request for an extension. On August 4, the

undersigned attempted one last time to reach agreement with Defendants concerning the proposed extension. Defendants' counsel never responded.

Plaintiff thus respectfully requests that this Court enter the accompanying order granting Plaintiff relief from Local Rule 23-3 to allow him to file his class certification motion within 45 days of receiving Defendants' responses to Plaintiff's initial written discovery.

Dated: August 5, 2016                    Respectfully submitted,

                                         */s/ Jesse Johnson*
                                         Jesse S. Johnson (*pro hac vice*)
                                         Greenwald Davidson Radbil PLLC
                                         5550 Glades Rd, Suite 500
                                         Boca Raton, FL 33431
                                         Phone: (561) 826-5477
                                         Fax: (561) 961-5684
                                         jjohnson@gdrlawfirm.com

                                         Ryan Lee (SBN: 235879)
                                         Law Offices of Ryan Lee, PLLC
                                         400 Continental Blvd., 6th Floor
                                         El Segundo, CA 90245
                                         Phone: (323) 524-9500 ext. 1
                                         Fax: (323) 524-9502
                                         ryan@ryanleepllc.com

                                         Daniel G. Shay, Esq. (SBN 250548)
                                         Law Office of Daniel G. Shay
                                         409 Camino Del Rio South, Ste. 101B
                                         San Diego, CA 92108
                                         Phone: 619-222-7429
                                         Fax: 866-431-3292
                                         danielshay@tcpafdcpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2016, I filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice of the same to all counsel of record.

*/s/ Jesse Johnson*
Jesse S. Johnson